**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01457-CV

---

**IN RE SOUTHPAK CONTAINER CORPORATION AND CLEVELAND STEEL CONTAINER CORPORATION, Relators**

---

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-05714-C**

---

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **DENIED IN PART** and conditionally **GRANTED IN PART**. The Court **ORDERS** the trial judge, the Honorable Sally Montgomery, Judge of Dallas County Court at Law No. 3, to (a) **VACATE** the portion of paragraph 1 of her "Order Granting Plaintiff's Motion to Compel Deposition of Robert McIntyre" that requires testimony on matters protected by the attorney-client and work product privileges, (b) **VACATE** paragraph 3 of the order, and (c) **ENTER** an order excluding privileged information from the scope of paragraph 1 and eliminating paragraph 3 from the topics on which Robert McIntyre may be questioned at his deposition.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real parties in interest.

/s/     DAVID EVANS
             JUSTICE